UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JAN 10 2024
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO. |
| PHILLIP COOPER, | ) ) ) | 1:24-cr-00006-JRS-MKK |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
21 U.S.C. § 841(a)(1)
Possession with the Intent to Distribute Methamphetamine

On or about November 1, 2023, in the Southern District of Indiana, Indianapolis Division, PHILLIP COOPER, the defendant herein, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

ZACHARY A. MYERS
UNITED STATES ATTORNEY

by: _____
Patrick G. Gibson/WLM
Assistant United States Attorney