UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



FILED

JAN 1 0 2024

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. |
| PHILLIP COOPER, | ) | |
| | ) | 1:24-cr-00006-JRS-MKK |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with the Intent to Distribute Methamphetamine | 10-Life | Up to $10M | NLT 5 |

Dated: _____

_____
Phillip Cooper
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana