# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:24-cr-0006-JRS-MKK |
| | ) | |
| PHILLIP COOPER, | ) | -1 |
| | ) | |
| Defendant. | ) | |

## NOTICE OF READINESS FOR INITIAL APPEARANCE

The United States of America, by counsel Patrick G. Gibson, notifies the Court that it

now seeks to bring the Defendant, Phillip Cooper, before the Court for an Initial Appearance

pursuant to Federal Rule of Criminal Procedure 5(a)(1)(A). Defendant is currently in U.S.

Marshals custody at the federal courthouse in Indianapolis. The United States requests that the

Initial Appearance be scheduled at the Court's earliest convenience.    The United States certifies

that (one option must be selected):

☐    The case is not sealed; or

☒    The case is currently under seal. The United States advises the Court that the presumption
under Local Criminal Rule 49.1-2(a) that the case should be unsealed has been met. The
case can be unsealed contemporaneously with this filing; or

☐    The case is currently under seal and the United States is providing this Notice, the
operative charging document, penalty sheet, and arrest warrant to the Indiana Federal
Community Defender or other known defense counsel simultaneously with this filing.


Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

Date:    1/17/24               By:    /s/ Patrick G. Gibson
Patrick G. Gibson
Assistant United States Attorney