AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) Case No. | 1:24-cr-00006-JRS-MKK |
| PHILLIP COOPER, | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PHILLIP COOPER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Date: 1/10/2024

CLERK OF COURT, Roger A.G. Sharpe

BY: _____
Deputy Clerk

City and state: Indianapolis, IN

---

### Return

This warrant was received on *(date)* 1/10/24, and the person was arrested on *(date)* 1/17/24
at *(city and state)* Columbus, IN.

Date: 1/17/24

Arresting officer's signature

Erik Collins, DEA SA
Printed name and title